PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

**Request for Modifying the Conditions of Supervision with Consent of the Offender**

**Name of Offender:** Jason E. Smith **Case Number:** 1:96CR00070-02ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** June 30, 1997

**Original Offense:** Counts I, V, VII, & VIII: Bank Fraud

**Original Sentence:** Twenty-four months incarceration, five years supervised release, a $200 special assessment and $123,198.37 restitution.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** October 28, 1998

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** June 3, 2004

**Violation Offense(s):** "While on supervision, the defendant shall not commit another federal, state or local crime. The defendant shall not illegally possess a controlled substance."

**Violation Sentence:** Fifteen months incarceration, forty-five months incarceration, and $123,198.37 restitution. As special conditions, the defendant shall particapate in and satisfactorily complete a program approved by the U.S. Probation Office for treatment of substance abuse, which will include testing for the detection of substance use or abuse. Also, the defendant shall seek and maintain employment.

**Date Supervision Recommenced:** April 20, 2005

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**For each week unemployed, the defendant shall complete twenty (20) hours of community service at a location approved by the U.S. Probation Office.**

PROB 12B
(12/00)

## CAUSE

As Your Honor shall recall, on February 16, 2006, a PROB form - 12A, Report on Offender, was submitted to the Court indicating that Mr. Smith had been unemployed since September 2005, after having been laid off from New England Line Network, Johnston, Rhode Island. Mr. Smith had failed to seek out employment by applying to four jobs per day and by providing written verification of his efforts with his monthly supervision reports to the Probation Department as directed by USPO David S. Borrelli on October 13, 2005, November 15, 2005, and January 13, 2006.

However, as noted within the body of our Report on Offender, on February 15, 2006, USPO Borrelli and SUSPO Kurt E. O'Sullivan met with Mr. Smith and directed him to secure a job by March 8, 2006. He was advised that should he fail to do so, the Probation Department would petition the Court to modify his conditions to include 20 hours of community service for each week that he is unemployed.

On March 9, 2006, USPO Borrelli contacted Mr. Smith and he indicated that he had not yet secured a job.

On March 13, 2006, USPO Borrelli spoke with Assistant U.S. Attorney Richard W. Rose about Mr. Smith's failure to seek and secure a job as well as the course of action the Probation Department plans to recommend to the Court. The government does not object to the requested modification.

On March 20, 2006, Mr. Smith met with USPO Borrelli and executed the attached Probation Form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. Therefore, based on Mr. Smith's failure to secure employment, it is respectfully recommended that the Court endorse the aforementioned modification.

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 3/21/06

**Respectfully Submitted by:**

**David S. Borrelli**
**U.S. Probation Officer**

Date: 3/21/06

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Mary M. Lisi
Honorable Mary M. Lisi
U.S. District Judge

March 22, 2006
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**For each week unemployed, the defendant shall complete twenty (20) hours of community service at a location approved by the U.S. Probation Office.**

Witness: [signature] Signed: [signature]

3·20·06
Date