PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

## Request for Modifying the Conditions of Supervision with Consent of the Offender

**Name of Offender:** Jason E. Smith **Case Number:** 1:96CR00070-02ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** June 30, 1997

**Original Offense:** Counts I, V, VII, & VIII: Bank Fraud

**Original Sentence:** Twenty-four months incarceration, five years supervised release, a $200 special assessment and $123,198.37 restitution.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** October 28, 1998

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** June 3, 2004

**Violation Offense(s):** "While on supervision, the defendant shall not commit another federal, state or local crime. The defendant shall not illegally possess a controlled substance."

**Violation Sentence:** Fifteen months incarceration, forty-five months incarceration, and $123,198.37 restitution. As special conditions, the defendant shall particapate in and satisfactorily complete a program approved by the U.S. Probation Office for treatment of substance abuse, which will include testing for the detection of substance use or abuse. Also, the defendant shall seek and maintain employment.

On March 22, 2006, the Court modified the defendant's conditions to include twenty hours of community service for each week he is unemployed.

**Date Supervision Recommenced:** April 20, 2005

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in a mental health treatment program as approved by the United States Probation Department.**

## CAUSE

On April 6, 2006, USPO Borrelli had a telephonic conversation with Mr. Smith. He believes that he is depressed and is in need of some mental health services to deal with on-going emotional issues he is experiencing at this time. He asked if his conditions could be modified to include mental health counseling.

On April 7, 2006, USPO Borrelli spoke to Assistant United States Attorney Stephanie S. Browne and she advised that she does not have any objections to the above-mentioned modification.

On April 7, 2006, Mr. Smith met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. In view of the fact that Mr. ~~Sanchez~~ Smith appears to be in need of mental health services, it is respectfully recommended that his conditions be modified to include the above-mentioned condition.

**Reviewed and Approved by:**

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 4/7/06

**Respectfully Submitted by:**

**David S. Borrelli**
**U.S. Probation Officer**

Date: 4/7/6

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Honorable Mary M. Lisi
U.S. District Judge

April 10, 2006
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
# The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a mental health treatment program as approved by the United States Probation Department.**

Witness: J Smith ______________ Signed: David S Barrell

4/7/6
Date