PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Jason E. Smith **Case Number:** 1:96CR00070-02ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** June 30, 1997

**Original Offense:** Counts I, V, VII & VIII: Bank Fraud, in violation of Title 18, U.S.C., Section 1344 and 2, a Class B felony.

**Original Sentence:** Twenty-four months incarceration, five years supervised release, joint and several restitution in the amount of $123,198.37 and a $200 special assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** October 28, 1998

**Assistant U.S. Attorney:** Richard W. Rose, Esquire **Defense Attorney:** William Kenneth O'Donnell

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** June 3, 2004

**Violation Offense(s):** While on supervision, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

**Violation Sentence:** Fifteen months incarceration, forty-five months supervised release with special conditions that he participate in substance abuse treatment as well as seek out and maintain employment, and joint and several restitution in the amount of $123,198.37.

**Date Supervision Recommenced:** April 20, 2005

---

**PETITIONING THE COURT**

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Condition Violated** **Nature of Noncompliance**

**Condition # 2** **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**

Mr. Smith failed to submit his November 2005, monthly report by December 5, 2006; his December 2005, monthly report by January 5, 2006; his January 2006 monthly report by February 5, 2006; his February 2006, monthly report by March 5, 2006, his March 2006, monthly report by April 5, 2006; his April 2006, monthly report by May 5, 2006; his May 2006, monthly report by June 5, 2006; his June 2006, monthly report by July 5, 2006; his July 2006, monthly report by August 5, 2006; his August 2006, monthly report by September 5, 2006; his September 2006, monthly report by October 5, 2006; and his October 2006, monthly report by November 5, 2006.

**Condition # 3** **"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**

Mr. Smith failed to make payments toward his financial obligation as directed by USPO Borrelli on October 11, 2006.

**Condition # 6** **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**

Mr. Smith failed to notify USPO Borrelli that he had been fired from Environmental Fire Protection.

**Special Condition** **"The defendant shall participate as directed in a program of mental health treatment approved by the Probation Office."**

Mr. Smith failed to attend outpatient mental health counseling at Gateway Health Services as scheduled on June 14, 2006, June 29, 2006, August 10, 2006, August 24, 2006, September 21, 2006, October 5, 2006, October 19, 2006, November 20, 2006 and November 29, 2006.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 12/1/06

I declare under the penalty of perjury that the foregoing is true and correct:

David S. Borrelli
U.S. Probation Officer

Date: 12/01/06

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

Mary M. Lisi

Honorable Mary M. Lisi
Chief U.S. District Judge

12/4/06
Date