UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR96-70-02-ML |
| | ) | |
| JASON SMITH | ) | |

---

MOTION TO REVIEW OF DETENTION ORDER

Now comes Jason Smith, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to review the December 15, 2006, detention order of Magistrate Judge Martin pursuant to 18 U.S.C. § 3145(b). Mr. Smith submits the attached memorandum in support of this motion. Mr. Smith asks for the earliest possible hearing date due to his mental health status and the ability of the Wyatt facility to provide treatment.

Respectfully submitted
Jason Smith
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, and David Borelli, United States Probation Officer, on December 15, 2006.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR96-70-02-ML |
| | ) | |
| JASON SMITH | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO REVIEW OF DETENTION ORDER

Mr. Smith has moved for this Court to review the detention order in his case. Magistrate Judge Martin detained Mr. Smith after he admitted to violating several conditions of supervised release. This Court has the authority to change that detention order under 18 U.S.C. § 3145.

The probation department moved to violate Mr. Smith on this case on four grounds. Mr. Smith admitted to those violations on December 15, 2006. Mr. Smith appeared in court to address these violations on December 11 ands 15, 2006, pursuant to summons. The main violation surrounded Mr. Smith's failure to complete his mental health counseling. Gateway Healthcare terminated Mr. Smith's treatment on December 12, 2006.

This Court sentenced Mr. Smith to 24 months incarceration followed by 60 months of probation on June 30, 1997. Mr. Smith began his supervised release on October 28, 1998. In August, 2003, Mr. Smith was arrested and the Court subsequently revoked his supervised release less than three months from its completion. The Court sentenced Mr. Smith to 15 months in prison and 45 more months of supervised release. After starting his supervised release again in late 2005, Mr. Smith was no longer able to deal with his long time depression and asked the probation department for help. Mr. Smith agreed to an uncounseled modification of his supervised release conditions to include mental health treatment. This was necessary in order for the government to pay for Mr. Smith's mental health counseling at Gateway. Mr. Smith request for help has now resulted in his incarceration.

As of December 15, 2006, Mr. Smith had prescriptions for 6 to 10 weeks of his anti depression medication which would be sufficient to sustain him until he re-engages with another treatment provider. Mr. Smith made arrangements for an intake appointment at Tri Town Community Action Agency in Johnston on December 18, 2006. Tri Town would provide Mr. Smith with mental health treatment including counseling and medication management. Mr. Smith requested to remain released pending his sentencing on this violation so he could continue to receive mental health treatment.

Magistrate Judge Martin decided to hold Mr. Smith in custody at the Wyatt facility in Central Falls. The Wyatt facility is not appropriate for Mr. Smith because he will not receive the mental health treatment that he needs while being held there. Additionally, Magistrate Judge Martin preliminarily indicated that he would recommend a 5 month sentence for Mr. Smith on this violation. With such a short sentence Mr. Smith will not likely be transferred to BOP custody to serve any sentence on this violation. There is a significant likelihood that Mr. Smith will decompensate from his present mental state while in custody of the Wyatt facility.

For all of these reasons the Court should release Mr. Smith pending his sentencing on this violation on the present conditions of his supervised release.

Respectfully submitted
Jason Smith
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, and David Borelli, United States Probation Officer, on December 15, 2006.

/s/ Kevin J. Fitzgerald