UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR96-70-02-ML |
| | ) | |
| JASON SMITH | ) | |

MOTION TO ISSUE SUBPOENA FOR MENTAL HEALTH TREATMENT RECORDS

Now comes Jason Smith, the Defendant in the above captioned matter, and moves this Honorable Court pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure to allow him to issue a subpoena duces tecum to the Keeper of Records, Gateway Healthcare, 101-103 Bacon Street, Pawtucket, RI, 02860, for the production of Mr. Smith's entire file detailing his mental health treatment under the care of Dr. Chabot and social worker Robert Marshall. As grounds thereto, Mr. Smith submits the attached memorandum in support of this motion. Additionally, Mr. Smith would like this motion heard along with the Court's review of his detention on December 21, 2006.

Respectfully submitted
Jason Smith
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, and David Borelli, United States Probation Officer, on December 20, 2006.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR96-70-02-ML |
| | ) | |
| JASON SMITH | ) | |

---

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION
TO ISSUE SUBPOENA FOR MENTAL HEALTH TREATMENT RECORDS

United States Probation moved to revoke Mr. Smith's supervised release on various grounds and Mr. Smith admitted to those violations on December 15, 2006. Magistrate Judge Martin detained Mr. Smith after his admission and indicated that he would recommend a 5 month prison sentence based on the violations. Counsel needs Mr. Smith's mental health treatment records records to fully and competently address all issues relative to sentencing.

Mr. Smith originally pled guilty to allegations of bank fraud from 1996. This Court sentenced him to 24 months in prison followed by 60 months of supervised release. Mr. Smith violated that original term of supervised release less than three months from completion. Mr. Smith received a sentence of 15 months in prison followed by an additional 45 months of supervised release. Shortly into this term of supervision Mr. Smith became depressed. Mr. Smith asked probation for help. Probation added the condition of mental health treatment to his supervised release and mental health care was provided to Mr. Smith through Gateway Healthcare, Pawtucket, RI. Mr. Smith's failure in his mental health treatment is the main thrust of these violations.

Again, counsel needs to review Mr. Smith's mental health treatment records in order to competently represent him at sentencing.

Respectfully submitted
Jason Smith
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephen Dambruch, Assistant United States Attorney, and David Borelli, United States Probation Officer, on December 20, 2006.

/s/ Kevin J. Fitzgerald