# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

JASON SMITH

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR96-70-02-ML

TO: Keeper of Records
Gateway Healthcare
101-103 Beacon Street
Pawtucket, RI 02860

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Judge Mary M. Lisi<br>Courtroom 1 |
| | DATE AND TIME<br>January 3, 2007<br>12:00 p.m. |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any and all mental health treatment and medication records.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Paulette J. Dube | 12.28.06 |
| (BY) DEPUTY CLERK<br>Chief Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 12-29-6 | Providence RI |
| SERVED | 12-29-6 | 101-103 Bacon St Pawtucket |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Rae Elsner, for Keeper of Records Gateway Healthcare | ☐ YES ☒ NO AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Kevin J. Fitzgerald | Asst. Fed. Defender |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 12-29-6
Date

[signature]
Signature of Server

10 Weybosset St. Providence RI
Address of Server

ADDITIONAL INFORMATION